UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RADAMES ROBLES-MELENDEZ,<br>Defendant. | CRIMINAL NO. 17-0066 (PMC)<br><br>Title 18, U.S.C., § 641 (misdemeanor) |

**INFORMATION**

The United States charges:

### COUNT ONE
### Theft of Government Funds; Aiding and Abetting
### (Title 18, United States Code, Sections 641 and 2)

From on or about January 11, 2007 through on or about November 24, 2008, approximately, in the District of Puerto Rico and elsewhere, the defendant,

**RADAMES ROBLES-MELENDEZ,**

aiding and abetting others, did knowingly and willfully, embezzle, steal, purloin, and convert to his use, and the use of another, vouchers, money, and things of value of the United States, and a department, and an agency thereof, to wit: the National Guard Bureau, a unit of the Department of Defense, the value which does not exceed the sum of $1,000, and received, concealed, and retained the same, with intent to convert it to his use and gain, knowing to have been embezzled, stolen, purloined, and converted. All in violation of Title 18, United States Code, Section 641 and 2.

**ROSA EMILIA RODRÍGUEZ-VELEZ**
United States Attorney

_____
**José Capó-Iriarte**
Assistant United States Attorney
Chief, Criminal Division

_____
**Myriam Fernández-González**
Assistant United States Attorney
Chief, Financial Crimes and Corruption Unit

_____
**Amanda C. Soto-Ortega**
Special Assistant United States Attorney

Information
*U.S. v. Radames Robles-Meléndez*